IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIMOTHY SPUDIC | ) | CASE NO.: 16-22249 KL |
| | ) | CHAPTER 13 |
| DEBTOR(S) | ) | |

**AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER**

**NOW COMES** the Debtor(s), and the Chapter 13 Trustee, Paul R. Chael, on the above-captioned Chapter 13 case, and shows the Court that on September 7,2016 the Debtor(s) filed a Chapter 13 Plan.

The Debtor(s) and Trustee hereby stipulate to the following modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve without further notice and opportunity for hearing by Creditors and parties in interest.

It is hereby Agreed by and between the Debtor(s) and the Trustee that said Plan shall be modified as follows:

1. Debtor shall pay in any tax refunds in excess of $750.00 for tax years 2016, 2017, and 2018, as well as any proceeds received from any and all mesothelioma claims from Debtor's deceased father's estate.
2. This Immaterial Modification resolves the Trustee's Objection filed under Docket Entry #17 on October 18, 2016.
3. The debtors plan will provide + pay the IDOC pursuant to the proof of claim on file. The secured aspect will be paid e 2%.

And the Court having examined said stipulation and modification of the Plan, and being duly advised in the premises, finds that said proposed modification does not materially change the treatment of Creditor(s), reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or effect the feasibility of the Plan, and that said proposed immaterial modification should be and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has been previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

MG

srb

**SO ORDERED.**

Dated:______________________, 2016.

______________________________
JUDGE, U.S. BANKRUPTCY COURT

EXAMINED AND APPROVED:

/s/ Seth R. Buitendorp
SETH R. BUITENDORP/#23304-64
Attorney for Debtor(s)

______________________________
PAUL R. CHAEL
Standing Chapter 13 Trustee

Distribution:

Debtor(s) - 1028 Poppyfield Place Schererville IN 46375
Debtor(s)= Attorney – Seth R. Buitendorp, 1000 E. 80th Place, Suite 555 North Tower, Merrillville, IN 46410 @ seth@sethbuitendorp.com
Trustee - Paul Chael, 401 W. 84th Drive, Ste. C, Merrillville, IN 46410
U.S. Trustee - 555 One Michiana Square Building, 100 East Wayne St., South Bend, IN 46601